```
 1                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION

 3     UNITED STATES OF AMERICA,      Case No. 1:05CR0182
                                      Cleveland, Ohio
 4                Plaintiff,          Monday, March 13, 2006
            vs.                       10:20 a.m.
 5
       ABRAR U. HAQUE, et al.,
 6
                  Defendants.
 7
                       TRANSCRIPT OF PROCEEDINGS
 8           BEFORE THE HONORABLE DONALD C. NUGENT,
                 UNITED STATES DISTRICT JUDGE
 9     APPEARANCES:

10     For the Government:         James V. Moroney, Jr.
                                   Matthew B. Kall
11                                 Assistants United States Attorney
                                   801 West Superior Avenue
12                                 400 U.S. Court House
                                   Cleveland, Ohio   44113
13                                 (216) 622-3600

14     For the Defendants
       Abrar U. Haque:             Thomas Paris
15     Nuzaira M. Haque:           Debra Hughes
       Mohammed Shahabuddin:       John S. Pyle
16     Akram Haque:                James A. Jenkins
       Abdur Rashid:               Gary H. Levine
17     Marwan Mustafa:             Anthony J. Vegh
       Ameed Abuzahrieh:           Steven L. Bradley
18     Ayman Abdelhady:            John S. Pyle
       Hani Ottallah:              Joseph B. Rose III
19     Nesreen Assad:              Joseph B. Rose III
       Nihad Doleh:                Gary H. Levine
20     Mohammad Hammad:            Thomas G. McNally
       Yamin Imran:                Michael J. O'Shea
21
       Official Court Reporter:    Heidi Blueskye Geizer, RMR-CRR
22                                 United States District Court
                                   801 West Superior Avenue
23                                 7-178 U.S. Court House
                                   Cleveland, Ohio   44113
24                                 (216) 357-7092

25     Proceedings recorded by mechanical stenography, transcript
       produced by computer-aided transcription.
```

1          MORNING SESSION, MONDAY, MARCH 13, 2006  10:20 A.M.

2                    THE COURT:  Okay.  We are here in Case Number

3    05CR182.  It is titled the United States versus Mr. Haque,

4    et al., and every defendant is present in Court.  I don't

10:19:16  5    think it's necessary that I go through each defendant's

6    name, except what I'm going to do is read the speedy trial

7    waiver and then ask counsel for each defendant to

8    acknowledge what's transpired here.

9          So all of the folks who are charged in this case know

10:19:34 10    what's happened, we just met, I met with your lawyers, as

11    you know.  The government turned over what we call

12    discovery, which is a bunch of information that they say is

13    related to the charges in the case.  And it included

14    probably 15 or so disks that have to be reviewed by each of

10:19:56 15    your lawyers, and then evaluated, and then your lawyers have

16    to talk to you about what the contents of the information

17    actually is as to whether it applies to you or not.

18         And all the lawyers have indicated to me that they

19    need a significant amount of time to review all of this, and

10:20:15 20    that they're asking that the case be continued, the trial

21    that's been scheduled for Monday to be continued.  Monday is

22    the 20th of March.

23         I said I'm agreeable to that as long as everybody

24    understands what's happening, and then all the parties have

10:20:32 25    agreed or suggested to me that we have a trial date of July

|  |  |
|---|---|
| 1 | 17th.  Now, if I agree to that, that means we'll set it that |
| 2 | day, and then absent some dramatic occurrence, we will |
| 3 | actually go forward on July 17th. |
| 4 | So I'm going to read the waiver and then individually |
| 10:20:52  5 | ask counsel if that's what everybody is desirous of doing. |
| 6 | It says, "For reasons orally set forth, this Court |
| 7 | finds that the ends of justice which would be served by the |
| 8 | granting of a continuance outweigh the best interests of the |
| 9 | public and the defendant in a speedy trial," that is 18, |
| 10:21:09 10 | United States Code, Section 3161(h)(8)(A). |
| 11 | "Accordingly, the below signatures reflect the |
| 12 | parties' representations that the defendant has waived |
| 13 | rights to a speedy trial pursuant to the Speedy Trial Act of |
| 14 | 1974, hereinafter the Act. |
| 10:21:23 15 | "The defendant further represents that he or she has |
| 16 | discussed his or her rights under the Act, and specifically |
| 17 | waives any and all such rights. |
| 18 | "The attorney for the defendant hereby represents that |
| 19 | he or she has discussed the defendant's rights under the Act |
| 10:21:38 20 | with him or her, is satisfied that the defendant understands |
| 21 | said rights, and concurs with the decision of the defendant |
| 22 | to waive said rights." |
| 23 | Now, Mr. Moroney, you signed on behalf of the United |
| 24 | States.  Is that the government's position?  Are you |
| 10:21:51 25 | agreeable to this? |

```
 1                    MR. MORONEY:  Yes, Your Honor.
 2                    THE COURT:  Thank you.  Then I will start --
 3     who wants to be the first?  Mr. Paris.
 4                    MR. PARIS:  Yes.  I'll be the first, Your
 5     Honor.
 6                    THE COURT:  Where is Debra?
 7                    MS. HUGHES:  Right here.
 8                    THE COURT:  We'll have Debra go because she
 9     has to leave, and then what I'm going to do is ask each
10     lawyer to identify herself or himself, whom they represent,
11     or who they are representing for purposes of today's
12     hearing, and indicate whether this is what their client
13     wishes to do.  Then you'll be excused.
14          And then if any of the persons accused here have any
15     objections or want to say anything, wave your hand so I can
16     acknowledge you, and then you can say whatever you wish.
17          Debra?
18                    MS. HUGHES:  Your Honor, may it please the
19     Court, Debra Hughes on behalf of Nuzaira Haque.
20          Your Honor, Mrs. Haque is not present today.  Her
21     child is extremely ill.
22          Your Honor, I've explained to her and discussed with
23     her the speedy trial waiver.  We agree fully with the
24     Court's and everyone else's decision to have the trial in
25     July.
```

```
 1              Thank you.
 2                   THE COURT:  Thank you.  And you're excused,
 3     Debra --
 4                   MS. HUGHES:  Thank you, sir.
 5                   THE COURT:  -- on time.  Have a good day.
 6         What are you raising your hand for?
 7                   MR. JENKINS:  I was hopeful of making a 10:30
 8     appointment, Your Honor.
 9         On behalf of Akram Haque, we agree to the waiver as
10     stated by the Court.
11                   THE COURT:  Who are you?
12                   MR. JENKINS:  James A. Jenkins, Your Honor.
13                   THE COURT:  Nobody follows directions.  I said
14     identify yourself and whom you represent.  Debra did it, and
15     you didn't.  Simple instructions.
16         Thank you.  It's going to be a long trial.
17                   MR. JENKINS:  Thank you, Judge.
18                   THE COURT:  Thanks.  Next volunteer.  Thomas?
19                   MR. PARIS:  Your Honor, I'm Thomas Paris on
20     behalf of my client, Abrar Haque.  We agree to a
21     continuance.
22                   THE COURT:  In other words, I granted your
23     continuance, didn't I.
24                   MR. PARIS:  Yes.
25                   MR. McNALLY:  Your Honor, Thomas McNally.  We
```

|   |   |
|---|---|
| 1 | also agree to the continuance as previously stated by the |
| 2 | other defendants. |
| 3 | THE COURT: Thank you. Gary? |
| 4 | Sorry, John. |
| 10:23:52  5 | MR. LEVINE: Gary Levine here on behalf of |
| 6 | Mr. Abdur Rashid. He is aware. |
| 7 | And for purposes of today, Mr. Nihad Doleh, on behalf |
| 8 | of David Levine, who is in the hospital. |
| 9 | Both of them have been explained what the significance |
| 10:24:12 10 | is of the waiver, and they have agreed to its terms, and |
| 11 | consent to a continuance to the 17th of July. |
| 12 | THE COURT: Thank you. Thank you. John? |
| 13 | MR. PYLE: Your Honor, John Pyle on behalf of |
| 14 | Mohammed Shahabuddin. |
| 10:24:26 15 | We have executed a waiver, and we ask the Court to |
| 16 | continue the trial date until July in the furtherance of |
| 17 | justice. |
| 18 | Also on behalf of Mr. Angelo Lonardo's client, and |
| 19 | forgive me if I mispronounce the name, Ayman Abdelhaby. |
| 10:24:43 20 | MR. KALL: "Abdelhaby." |
| 21 | MR. PYLE: Mr. Lonardo has indicated he, too, |
| 22 | waives speedy trial on behalf of his client and agrees to |
| 23 | the July 20th trial date. |
| 24 | THE COURT: Thank you. |
| 10:25:00 25 | MR. VEGH: Your Honor, Tony Vegh on behalf of |

|  |  |
|---|---|
| 1 | Marwan Mustafa.  I've explained to my client the speedy |
| 2 | trial rights.  He agrees to waive them until July 17th. |
| 3 | Thank you, Judge. |
| 4 | THE COURT:  Thank you. |
| 10:25:13  5 | Really, everybody is waiving, and I'm setting it for |
| 6 | July 17th trial date.  I'm hoping that I will be in trial on |
| 7 | something else, but we're not waiving just until that date. |
| 8 | It's indefinite. |
| 9 | MR. VEGH:  He's waiving, Your Honor, I was |
| 10:25:26 10 | just referring to the trial date. |
| 11 | MR. BRADLEY:  Steve Bradley, Your Honor, on |
| 12 | behalf of Ameed Abuzahrieh.  My client, too, has executed |
| 13 | the speedy trial waiver and would consent to a continuance |
| 14 | of the trial. |
| 10:25:37 15 | MR. O'SHEA:  Your Honor, Mike O'Shea on behalf |
| 16 | of the defendant Yamin Imran.  We consent to the continuance |
| 17 | to the 17th, and we have signed the speedy trial waiver. |
| 18 | THE COURT:  Thank you.  Mr. Rose? |
| 19 | MR. ROSE:  Your Honor, on behalf of Mr. Assad |
| 10:25:53 20 | and Ottallah, I've explained to them their rights under the |
| 21 | rule.  They signed the waiver form, signed it, agreed to it. |
| 22 | We agree to the continuance at this time. |
| 23 | THE COURT:  Thank you.  Now, who does |
| 24 | Mr. Drucker represent, Mr. Moroney? |
| 10:26:04 25 | MR. MORONEY:  Omar Abedrabbo. |

1 THE COURT: Omar, are you here?

2 Guess not. Where might he be, I wonder, or

3 Mr. Drucker; and/or Mr. Drucker.

4 MR. MORONEY: I believe that we had

10:26:20 5 conversation with Mr. Drucker last week. I thought he was

6 planning on being here, Judge.

7 THE COURT: We'll contact them. You can get

8 together, because you've been in discussions with him

9 already.

10:26:29 10 MR. MORONEY: Yes, that is correct.

11 THE COURT: Thank you very much.

12 I'll see you. And if anybody wants a pretrial or a

13 meeting or anything, if you are having trouble with

14 discovery or any other issue in the case, then all you have

10:26:40 15 to do is let me know, and we'll set it right up.

16           - - - - -

17 (Proceedings adjourned.)

18

19         C E R T I F I C A T E

20

21   I certify that the foregoing is a correct transcript

22 from the record of proceedings in the above-entitled matter.

23

24         s/Heidi Blueskye Geizer     October 21, 2010

25         Heidi Blueskye Geizer, RMR-CRR         Date